I am grateful for:
1.) My trusted friend Pam and her love.
2.) Our girls
3.) Every memory of Pam smiling at me
4.) When we can be happy and sit on the beach.
5.) Mike's daughter