



















Case 2:23-cv-00017-HEH    Document 15    Filed 01/05/23    Page 11 of 26 PageID# 49






Add to Library

Case 2:23-cv-00017-HEH    Document 15    Filed 05/05/23    Page 12 of 26 PageID# 41



















Case 2:23-cv-00017-HEH    Document 15-2    Filed 11/05/23    Page 21 of 26 PageID# 50





Add to Library













Add to Library