Jul 19, 2019, 10:47 PM



Verizon LTE   6:45 PM

‹ 678

C

Charlie ›

Jul 21, 2019, 12:35 PM

Are you ok?

Van, right now I don't know what ok is

I know the feeling. I've been turned inside out and upside down. I love you Pammie, and I'm so

you Pammie, and I'm so sorry we fought. Mari is packing me up to go to Lexington. I hope you will come with me.

Did you tell Connie that pool day is postponed?

Yes

I will

Charlie

Please come see Mandy tomorrow

