# CRIMINAL COMPLAINT
Commonwealth of Virginia

RULES 3A:3 AND 7C:3

PETERSBURG
CITY OR COUNTY

[X] General District Court
[ ] Juvenile and Domestic Relations District Court

Under penalty of perjury, I, the undersigned Complainant swear or affirm that I have reason to believe that the Accused committed a criminal offense, on or about

Saturday, July 20 + Sunday, July 21
DATE OFFENSE OCCURRED

in the [X] City [ ] County [ ] Town of Petersburg.

I base my belief on the following facts: (Print ALL information clearly.)

Coming from Richmond in the limo Charles Hardenbergh jumped on top on me in the back of the limo on the bench seat + held a pillow over my head while his wife severely beat me in the head + face. After, we arrived at their house, I walked home to my house. West Over Ave. First attack occurred on B and continued into the city of Petersburg.

When I got home I took two pictures and his wife arrived at my house asking for her dog. I told her to leave my house. Then Charles arrived and asked to come in. I said no and somehow he got into the house. From the back Charles beat and terrorized me in my home.

The statements above are true and accurate to the best of my knowledge and belief.

In making this complaint, I have read and fully understand the following:
- By swearing to these facts, I agree to appear in court and testify if a warrant or summons is issued.
- The charge in this warrant cannot be dismissed except by the court, even at my request.

Pamela K Hartnett
NAME OF COMPLAINANT (LAST, FIRST, MIDDLE)
(PRINT CLEARLY)

Pamela K Hartnett
SIGNATURE OF COMPLAINANT

Subscribed and sworn to before me this day,

7-25-19     10:42 PM
DATE AND TIME

[ ] CLERK  [X] MAGISTRATE  [ ] JUDGE

REVISED 07/11    (A183802 4/18)

# CRIMINAL COMPLAINT

ACCUSED: Name, Description, Address/Location

Hardenbergh, Charles V.
LAST NAME, FIRST NAME, MIDDLE NAME
Hardenbergh, Charles V, Mar.
1658 Berkeley Ave
Petersburg, VA 23805

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO | DAY | YR | HT. FT. | IN | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| W | M | 8 | 17 | 70 | 6 | 1 | 200 | Blue | Brown |

SSN
W F 1-4- 5'3   Brown Brown

[ ] Complainant is not a law-enforcement officer or animal control officer. Authorization prior to issuance of felony arrest warrant given by
[ ] Commonwealth's attorney
[X] Law-enforcement agency having jurisdiction over alleged offense

DET. R. MASON # 1266
NAME OF PERSON AUTHORIZING ISSUANCE OF WARRANT

07/25/2019 @ 2239 HRS
DATE AND TIME AUTHORIZATION GIVEN

house for 4 hours or more. His wife Mari Hollenbergh during part of the beating video taped it on her phone.

I have been friends, a volunteer and driven Charles + Mari since June 2016. I've acted as an employee since February 2017.

There have been concerns of mental health issues for several months shared by family members and mother regarding Charles. I have also tried to assist.

In addition to criminal warrants I feel I need a protective order.