VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF PETERSBURG

Hearing Date: January 06, 2022

COMMONWEALTH OF VIRGINIA

v.  Case No(s): CR20000129-00 thru CR20000133-00

Charles Vanevera Hardenbergh,

    Defendant

## NOLLE PROSEQUI ORDER

The Attorney for the Commonwealth moved for the entry of a **Nolle Prosequi** to which motion the defendant consented. Thereupon, the Court, upon motion of the Commonwealth and for good cause shown, doth ORDER that the above styled case be **Nolle Prosequi**.

Entered: January 20, 2022

JUDGE, DANIEL T. BALFOUR

VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF PETERSBURG

Hearing Date: January 06, 2022

COMMONWEALTH OF VIRGINIA

v.                           Case No(s): CR20000134-00 thru CR20000137-00

Mari Liza Hardenbergh,
    Defendant

## NOLLE PROSEQUI ORDER

The Attorney for the Commonwealth moved for the entry of a **Nolle Prosequi** to which motion the defendant consented. Thereupon, the Court, upon motion of the Commonwealth and for good cause shown, doth ORDER that the above styled case be **Nolle Prosequi**.

Entered: January 20, 2022

_____
JUDGE, DANIEL T. BALFOUR