Vanderburgh
March 17 at 8:36 AM

THE THING ABOUT PAM...

If y'all haven't seen this fascinating new series about a CRAZY Pam, it is riveting. Pam appears to be a pillar of the community, but underneath it she is a lying sociopath who ingratiates herself and tries to make herself part of the victim's family. The similarities between the real-life Pam H and our own local crackpot Pam H are eerily uncanny. Motivated by greed and a desire for control over others, both seek to constantly undermine people by lying and seeking to cast blame on innocent victims after perpetrating unthinkable crimes against them. They give Pams a bad name!!! You will definitely get a blast out of this excellent drama based on real life...






**Barb Rudolph**
Fascinating!  3
Like  Reply  2w


**Andrea L. Huntjens**
We could write a sequel......winkwink
 2
Like  Reply  2w


**Billy Germelman**
So, this is an accurate portrayal of "that" Pam ??? Lol
Like  Reply  2w  


**Van Hardenbergh**
**Billy Germelman** I couldn't say how accurate it is. Some folks who lived in the location where Pam Hupp committed her crimes have commented in an online fan forum that the characters are EXACTLY like their real-life counterparts. I can say that the similarities between this disturbed bird and our real-life Pam H here in Petersburg are numerous. Both are accomplished liars who are completely self-centered, manipulative, and dangerous parasites. More to come...
Like  Reply  2w   2


**Billy Germelman**
**Van Hardenbergh** stay safe my friend and stay out in front of any bullshit!
Like  Reply  2w   2


**Pam Naulty**
Scared me to death when I first started to read, 
Like  Reply  2w   6

**Mari Hardenbergh** is with **Endia Geneva Hinchey** and **16 others** at **Charles V. Hardenbergh, PC**.
March 19 at 7:25 PM · Petersburg

We never regret being kind to the wrong people because the wrong people are often the victims of liars. But our specialty is uncovering the truth. So if you've been the victim of a con artist, call us at 1-866-Van-Wins and we will fight for you! #TheThingAboutPam



146    17 Comments  3 Shares

 Like           Share

 **Van Hardenbergh**
March 19 at 7:33 PM

Am I not the most fortunate man on Earth???



**Mari Hardenbergh** is with **Endia Geneva Hinchey** and **16 others** at **Charles V. Hardenbergh, PC**.
March 19 at 7:25 PM · Petersburg

We never regret being kind to the wrong people because the wrong people are often the victims of liars. But our specialty is uncovering the truth. So if you've been the victim of a con artist, call us at 1-866-Van-Wins and we will fight for you! #TheThingAboutPam

 66                                                           8 Comments

**Van Hardenbergh**
March 29 at 7:37 PM ·

What's Pam's Problem???

It's Pam Day!!! That's the day the latest episode of The Thing About Pam is released. Before we try to figure out what makes Pam so crazy, let's look at the Top Ten Things Pam Hupp has in common with Petersburg's own notorious Pam ❤️🥜, another known con artist with sociopathic tendencies, primarily lying – first and foremost she is a shameless liar who is fundamentally dishonest and treacherous...

1. Greed – Both had the same motivation for their crimes – to get money.
2. Strict Catholic Upbringing – They were raised in the church and act pious.
3. Violence – Both commit violent crimes, claiming their victims are to blame.
4. False Witness Against Thy Neighbor – Knowingly blaming innocent people.
5. Fired for Dishonesty – One for forging signatures, the other for embezzling.
6. Constantly Ingratiating Themselves – Wanting to be part of victims' family.
7. Relationship Status: Fail – One is twice divorced, one never got a proposal.
8. Next to the youngest – Both were born next to last in large families (4 & 7).
9. Inheritance – Greed strong enough to exclude siblings from a parent's estate.
10. Imposters – Both claimed in communications to be someone else. They lied.



**Mari Hardenbergh**
March 29 at 10:20 PM · 🌐

Pam ❤️ 🥜 is a shameless liar who is fundamentally dishonest and treacherous...





**Van Hardenbergh**
March 29 at 7:37 PM · 🌐

What's Pam's Problem???

It's Pam Day!!! That's the day the latest episode of The Thing About Pam is released. Before we try to figure out what makes Pam so cr... See more



**Mari Hardenbergh**
April 2 at 10:56 PM ·

It's the City's fourth homicide this year and we have LIARS in the world like Pam ❤️ 🥜 wasting law enforcement's time and resources.
#pathetic



PROGRESS-INDEX.COM
**Man found shot to death at Petersburg apartment complex Saturday night: Police**

 2

 Like          Share

 **Van Hardenbergh**
30m · 🌐

ANOTHER DAY, ANOTHER DEATH.  WHY?

Good morning my friends.  Sadly, this day is one that will never be the same for some of our neighbors here in Petersburg.  More killings, more funerals, more grieving.

Nobody can stop it, and the police are overwhelmed.  That's one reason for the ongoing carnage - not enough officers on the force, too many crimes to solve, AND... wait for it...

Too many BS crimes that waste their time, a prime example being Petersburg's notorious Pam ❤️🦎, who fabricated fantastic claims against Mrs Fabulous and Yours Truly, charging us with preposterous counts of abduction, breaking and entering, assault, etc.  Even after the charges were dismissed 3 times by 3 different judges, this woman STILL tried to get the Magistrate to let her swear out the charges again.  When they refused, she slithered right over to the Police Department to see if perhaps they might receive her entreaties a bit more warmly.

No dice.  The by now long worn-out victim act was of no further use.  But y'all know that a leopard doesn't change it's spots, right?  Not to worry my friends, the story isn't over yet.  In fact, it's only just beginning!!!

Although I would LOVE to disclose ALL of the JUICY DETAILS and SALACIOUS GOSSIP that people have shared with us, the time has not quite yet come for the big reveal(s).  But what I can tell you is this: witnesses have stated that Pam has a lifelong pattern of trying to break up couples.  She ingratiates herself and seems like a bosom buddy at first, but it's a long con that unfolds treacherously over time.  More details on her MO and past victims to come.

For now, all I can confirm is that PART of the problem here in Petersburg is created by false claims that are composed of nothing but lies.  The liars who perpetrate these frauds are just like Pam Hupp and Pam ❤️🦎, sociopaths who love to scheme and scam, wasting the time of police officers and attempting to frame completely innocent people as part of a greedy grifter's game of larcenous betrayal.  Stay tuned y'all...



like I am Happ and Pam 😡😠, sociopaths who love to scheme and scam, wasting the time of police officers and attempting to frame completely innocent people as part of a greedy grifter's game of larcenous betrayal. Stay tuned y'all...



WRIC.COM
**Police investigating fatal triple shooting in Petersburg**
Police are on scene in Petersburg, where a fatal triple shooting ...

👍 Like          💬 Comment          ➤ Share



 Mari Hardenbergh
2h ·

What a waste...

 Van Hardenbergh
4h ·

ANOTHER DAY, ANOTHER DEATH. WHY?

Good morning my friends. Sadly, this day is one that will never be the same for some of our neighbors here in Petersburg. More killings, more funerals, more grieving.

Nobody can stop it, and the police are overwhelmed. That's one reason for the ongoing carnage - not enough officers on the force, too many crimes to solve, AND... wait for it...

Too many BS crimes that waste their time, a prime example being Petersburg's notorious Pam ❤️🥜, who fabricated fantastic claims against Mrs Fabulous and Yours Truly, charging us with preposterous counts of abduction, breaking and entering, assault, etc. Even after the charges were dismissed 3 times by 3 different judges, this woman STILL tried to get the Magistrate to let her swear out the charges again. When they refused, she slithered right over to the Police Department to see if perhaps they might receive her entreaties a bit more warmly.

No dice. The by now long worn-out victim act was of no further use. But y'all know that a leopard doesn't change it's spots, right? Not to worry my friends, the story isn't over yet. In fact, it's only just beginning!!!

Although I would LOVE to disclose ALL of the JUICY DETAILS and SALACIOUS GOSSIP that people have shared with us, the time has not quite yet come for the big reveal(s). But what I can tell you is this: witnesses have stated that Pam has a lifelong pattern of trying to break up couples. She ingratiates herself and seems like a bosom buddy at first, but it's a long con that unfolds treacherously over time. More details on her MO and past victims to come.

For now, all I can confirm is that PART of the problem here in Petersburg is created by false claims that are composed of nothing but lies. The liars who perpetrate these frauds are just like Pam Hupp and Pam ❤️🥜, sociopaths who love to scheme and scam, wasting the time of police officers and attempting to frame completely innocent people as part of a greedy grifter's game of larcenous betrayal. Stay tuned y'all...

For now, all I can confirm is that PART of the problem here in Petersburg is created by false claims that are composed of nothing but lies. The liars who perpetrate these frauds are just like Pam Hupp and Pam ❤️🥔, sociopaths who love to scheme and scam, wasting the time of police officers and attempting to frame completely innocent people as part of a greedy grifter's game of larcenous betrayal. Stay tuned y'all...



WRIC.COM
**Police investigating fatal triple shooting in Petersburg**
Police are on scene in Petersburg, where a fatal triple shooting ...

 1