## APPLICATION FOR MEMBERSHIP

NAME HARTNETT PAMELA                    SPOUSE'S NAME _____

The undersigned hereby applies for membership in Halifax Electric Membership Corporation, and to that end agrees as follows:

1. To pay the sum of $10.00 as membership fee, which sum will be refunded in the event this application is rejected.

2. To purchase from the Cooperative all central station electric power and energy used on any and all premises to which the Cooperative furnishes electric service pursuant to my membership for so long as such premises are owned or directly occupied or used by me.

3. To be bound by and to comply with all the other provisions of the Cooperative's certificate of incorporation and bylaws, and all rules, regulations and rate schedules established pursuant thereto, as all the same now exist or may hereafter be adopted or amended, and with the provisions of any supplemental contract that may, in connection herewith, be, executed by me with the Cooperative.

4. It is also understood and agreed that, after any termination of membership, the undersigned Applicant may, by the sole act of paying a new membership fee and any accounts still owed to the Cooperative, renew and reactivate this Application to the same effect as it had been newly and identically executed on the date of such payment or payments.

DOB 12/10/1960    S.S. # _____    DRIVER'S LICENSE # T62552729    SPOUSE'S S.S. # _____

MAILING ADDRESS _____    LITTLETON NC    Zip 27850

HOME PHONE 804-704-0378    CELL PHONE 804-704-0378    WORK PHONE _____

EMAIL ADDRESS _____

CIN 610473-001    MEMBERSHIP FEE 10.00    DEPOSIT FEE 250.00

EMPLOYER RETIRED

I have ☐ have not ☑ previously had service with Halifax EMC.    SERVICE LOCATION _____

1. NAME OF PERSON TO CONTACT IN CASE OF EMERGENCY MARY HARTNETT    PHONE 804-691-6543

RELATIONSHIP SISTER    ADDRESS PETERSBURG, VA

2. NAME OF PERSON TO CONTACT IN CASE OF EMERGENCY GREGORY LOTHAMER    PHONE 804-399-7845

RELATIONSHIP NEPHEW    ADDRESS PETERSBURG, VA

_Pamela K Hartnett_

SIGNATURE OF APPLICANT _____    SIGNATURE OF SPOUSE _____

### IMPORTANT NOTICES

Welcome to membership in Halifax Electric Membership Corporation. We are happy to have the opportunity of providing your electric service needs. You should be aware that electric energy can, on occasions, be dangerous when supplied to premises which have not been properly wired to receive electric service. In addition, if electric appliances (such as heating units, stoves, fans, ovens, television sets, toasters, microwaves and the like) have been inadvertently left in an "On" position, a hazardous condition may result when your electric service is energized. It is possible that the Halifax representative will come to install or energize your electric service at a time when no one from your household or business is present. Therefore it is your responsibility, as a portion of your membership obligations, to be sure that your premises are safe and that all electric appliances have been turned off prior to the installation of energizing of your electric service. Section 1.08 of your Cooperative's bylaws requires that you keep and maintain your premises, and all appliances attached therein, in a safe condition, ready to receive electric energy. By receipt of this notice, you specially authorize and instruct the Cooperative to proceed with the installation and/or energizing of electric service to your premises. Thank you for your cooperation!

Halifax Electric Membership Corporation is not responsible for any damage to underground lines, septic tanks, drainage fields. etc. whose location has not been specifically pointed out to Halifax employees or agents. Location of such underground facilities is the responsibility of the member or his family, employees or agents. Further, Halifax is not responsible for any damage to grass, flowers, shrubs, or other landscaping located near or on the path of construction contemplated herein.

In making application for service at _____, I attest to the fact that I am primary tenant at this address. I also attest to the fact that the previous tenant/resident no longer resides at this address. I understand that making false statements when applying for utility service is a violation of state law and that it may be punishable by a fine and/or a jail term.

DATE OF APPLICATION 06/20/22    APPLICATION TAKEN BY LEAH

_Pamela K Hartnett_

SIGNATURE OF APPLICANT _____