# North Carolina Insurance Identification Card

**2012 LINC MKS**
Vehicle ID No. 1LNHL9DR8CG800169

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| 6110-25-76-87 | 06/21/22 | 12/21/22 |

Named Insured(s): Pamela Kathleen Hartnett

**GEICO**

FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE  FOLD HERE

2012 LINC MKS

---

Rev 10/24/2014
12/10/1960



**NORTH CAROLINA USA**  **DRIVER LICENSE**
Wayne Goodwin
COMMISSIONER OF MOTOR VEHICLES



4d DLN 000020002799   3 DOB 12/10/1960
                      4b EXP 08/21/2022

1 HARTNETT
2 PAMELA KATHLEEN
8 ███████
LITTLETON, NC 27850-7933

9 CLASS C    9a END NONE
12 RESTR NONE
15 SEX F    18 EYES HAZ
16 HGT 5'-10"   19 HAIR BLN   RACE



4a ISS 06/22/2022
5 DD 0032661250

CLASS: C-Any noncommercial single vehicle with a GVWR of less than 26,001 lbs. A vehicle towing a vehicle which has a combined GVWR of less than 26,001 lbs operated by a driver 18 yrs or older.

END: None
RESTR: None

VERIFY PRESENCE OF PAPER WATERMARK   HOLD TO LIGHT TO VIEW