

# GEICO
## geico.com
Tel: 1-800-841-3000

Government Employees Insurance Company
One GEICO Boulevard
Fredericksburg, VA 22412-0003

# Declarations Page
This is a description of your coverage.
Please retain for your records.

**Policy Number:** 6110-25-76-87

**Coverage Period:**
06-21-22 through 12-21-22
Based on local time at the address of the named insured, your coverage began at the later of 12:01am on 06-21-22, or when initial payment was received, and will expire at 12:01am on 12-21-22.

Date Issued: June 22, 2022

Item 1:
PAMELA KATHLEEN HARTNETT
LITTLETON NC 27850-1552

Email Address: phartnett1731@yahoo.com

**Named Insured**
Pamela Kathleen Hartnett

**Additional Drivers**
None

| Vehicle | VIN | Vehicle Location | Finance Company/Lienholder |
|---|---|---|---|
| 1 2012 Linc MKS | 1LNHL9DR8CG800169 | Littleton NC 27850-7933 | |

| Coverages* | Limits and/or Deductibles |
|---|---|
| A Liability Coverage | |
| Bodily Injury Liability Each Person/Each Occurrence | $100,000/$300,000 |
| Property Damage Liability Each Occurrence | $100,000 |
| C Combined Uninsured/Underinsured | |
| Bodily Injury Liability Each Person/Each Occurrence | $100,000/$300,000 |
| Property Damage Each Occurrence | $100,000 |
| Comprehensive | $500 Ded |
| Collision | $1,000 Ded |
| Towing & Labor Costs | |
| Extended Transportation Expenses Coverage | $30 Per Day / $900 Max |

**Total Six Month Premium**

T-L

DEC_PAGE (03-14) (Page 1 of 2)