# STATE OF NORTH CAROLINA
## REGISTRATION CARD

| NC LIC NUMBER | PLT EXP DATE | INSPECTION DUE |
|---|---|---|
| JLD7284 | 06/30/2023 | 06/30/2023 |

| VEHICLE ID # | | GROSS WT |
|---|---|---|
| 1LNHL9DR8CG800169 | | |

| MAKE/SERIES | TITLE # | EQUIP # |
|---|---|---|
| LINC | 774745221806070 | |

| SHIPPING WEIGHT | STYLE | YEAR | FUEL | TOTAL FEE |
|---|---|---|---|---|
| | 4S | 2012 | G | 38.75 |

| CLASSIFICATION | VEHICLE BRAND |
|---|---|
| PRIVATE/PASS VEH | |

| CUSTOMER ID # OWNER 1 | CUSTOMER ID # OWNER 2 | COUNTY |
|---|---|---|
| 000020002799 | | WARRE |

PAMELA KATHLEEN HARTNETT

LITTLETON NC 27850-1552