# STATE OF NORTH CAROLINA

MVR-191 (Rev. 01/2017)

## CERTIFICATE OF TITLE

| | |
|---|---|
| VEHICLE IDENTIFICATION NUMBER | 1LNHL9DR8CG800169 |
| TITLE NUMBER | 7747452218O6070 |
| YEAR MODEL | 2012 |
| MAKE | LINC |
| TITLE ISSUE DATE | 07/07/2022 |
| BODY STYLE | 4S |
| PREVIOUS TITLE NUMBER | |
| ODOMETER READING | 131000 |
| ODOMETER STATUS | |
| TITLE BRANDS | |

MAIL TO

PAMELA KATHLEEN HARTNETT
LITTLETON  NC  27850-1552

OWNER(S) NAME AND ADDRESS

PAMELA KATHLEEN HARTNETT
LITTLETON  NC  27850-7933



The Commissioner of Motor Vehicles of the State of North Carolina hereby certifies that an application for a certificate of title for the herein described vehicle has been filed pursuant to the General Statutes of North Carolina and based on that application, the Division of Motor Vehicles is satisfied that the applicant is the lawful owner. Official records of the Division of Motor Vehicles reflect vehicle is subject to the liens, if any, herein enumerated at the date of issuance of this certificate.

As WITNESS, his hand and seal of this Division of the day and year appearing in this certificate as the title issue date.

*Wayne Goodwin*
COMMISSIONER OF MOTOR VEHICLES