## VOTER PROFILE

| | |
|---|---|
| **Full Name:** | HARTNETT, PAMELA KATHLEEN |
| **Residence Address:** | LITTLETON, NC 27850 |
| **Mailing Address on File:** | LITTLETON NC 27850 |
| **VRN:** | 000000035015 |
| **Age:** | 62 |
| **Register Date:** | 10/04/2022 |
| **Status:** | A |

**Sex:** FEMALE
**Race:** W  **Ethnicity:** NL
**Party:** UNAFFILIATED
**Birth Place:**

### Districts

PRECINCT: 012
CONGR: 01
SUPERIOR COURT: 09
JUDICIAL DISTRICT: 09B
SENATE: 03
HOUSE: 027
COMMISSION: 002
SCHOOL: 002
PROSECUTORIAL: 11
VOTING TAB DIST: 012

### Voting History (25 Most Recently Voted Elections)

11/08/2022  11/08/2022 GENERAL

I CERTIFY THAT THIS INFORMATION IS TRUE AND ACCURATE.  Signature: *[signature]*   Date: 04/03/2023

Apr 3 2023 10:44AM