

**Glass Dermatology PLLC**
T (910) 490-1240

Pamela Kathleen Hartnett (F | 62 | Dec 10, 1960 | PAHA0000)
Littleton, NC, 27850

# Past Appointments

Mar 22, 2023, 01:00 PM - Alexandria Glass, DO(Re-scheduled), Glass Dermatology PLLC

Feb 28, 2023, 01:15 PM - Alexandria Glass, DO(Re-scheduled), Glass Dermatology PLLC

Dec 13, 2022, 01:30 PM - Alexandria Glass, DO(Signed Off), Glass Dermatology PLLC

Nov 28, 2022, 02:15 PM - Andrea Villareal(Signed Off), Glass Dermatology PLLC

Nov 10, 2022, 02:30 PM - Andrea Villareal(Signed Off), Glass Dermatology PLLC

Oct 11, 2022, 02:45 PM - Alexandria Glass, DO(Signed Off), Glass Dermatology PLLC

Oct 11, 2022, 02:45 PM - Alexandria Glass, DO(Canceled), Glass Dermatology PLLC

Oct 11, 2022, 02:15 PM - Andrea Villareal(Signed Off), Glass Dermatology PLLC