

# Transcript of Hearing

**Date:** January 27, 2023
**Case:** Hardenbergh -v- Thorsen, et al.

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1                    VIRGINIA

2      IN THE GENERAL DISTRICT COURT FOR PETERSBURG

3    - - - - - - - - - - - - - - x

4    HARDENBERGH, CHARLES V,        :

5         Complainant,             :

6      v.                          :   Case No.

7    HARTNETT, PAMELA KATHLEEN,     :   GC22003233-00

8         Defendant.               :   GC22003232-00

9    THORSEN, JAMES BROOME,         :

10        Defendant.               :

11   - - - - - - - - - - - - - - x

12

13                    HEARING

14              Petersburg, Virginia

15            Friday, January 27, 2023

16                  9:00 a.m.

17

18

19

20   Job No.: 479732

21   Pages: 1 - 105

22   Transcribed By: Janice Willier

1        HEARING, held before Colleen Killilea, Judge,

2    at:

3

4

5          Old Clock Building

6          7 Courthouse Avenue

7          Petersburg, Virginia

8          804-733-2367

9

10

11

12

13      Pursuant to notice, before Jesse Lyell, Notary

14    Public in and for the Commonwealth of Virginia.

15

16

17

18

19

20

21

22

```
 1              A P P E A R A N C E S

 2   ON BEHALF OF THE COMPLAINANT HARDENBERGH:

 3        THOMAS K. PLOFCHAN, JR., ESQUIRE

 4        WESTLAKE LEGAL GROUP

 5        46175 Westlake Drive

 6        #320

 7        Potomac Falls, VA 20165

 8        703-406-7616

 9

10   ON BEHALF OF THE DEFENDANT HARTNETT:

11        ANN REARDON, ESQUIRE

12        ANN REARDON LAW, INC

13        220 Hull Street

14        Suite 100

15        Richmond, VA 23224

16        804-317-5150

17

18

19

20

21

22
```

```
 1      A P P E A R A N C E S   C O N T I N U E D

 2   ON BEHALF OF DEFENDANT THORSEN:

 3       CRAIG COOLEY, ESQUIRE

 4       3000 Idlewood Avenue

 5       Richmond, VA  23221

 6       804-358-2328

 7

 8   ON BEHALF OF THE COMMONWEALTH OF VIRGINIA:

 9       ERIC OLSEN, ESQUIRE

10       1245 Courthouse Road

11       P.O. Box 66

12       Stafford, VA  22555

13       504-658-8780

14

15

16

17

18

19

20

21

22
```

1  put your hands down.  Is there any motion to

2  separate?

3          MR. PLOFCHAN:  There is, your Honor.

4          THE COURT:  Okay.  Who is your first

5  witness going to be?

6          MR. PLOFCHAN:  That would be Mr.

7  Hardenbergh.

8          THE COURT:  Okay.  Everyone other than Mr.

9  Hardenbergh who is going to testify, if you would

10  go out into the hallway.  We'll call you one at a

11  time to come in and testify in regard to this

12  case.

13          MR. PLOFCHAN:  Your Honor, may I ask a

14  question to the Court?  The petition specifically

15  seeks the protective order regarding Marty

16  Hardenbergh and Israel De La Cruz.  Although it's

17  captioned in the name of Mr. Hardenbergh, I

18  believe that they should be considered parties and

19  would be allowed to stay in the courtroom.

20          THE COURT:  Anything you want to say on

21  that?

22          MS. REARDON:  Your Honor, I object to

1              THE COURT:  Definitely aggravated by lots

2     of courtrooms.  I was at King William and it was

3     really bad there, too.  When I'm in the car or a

4     bunch of other places, not an issue.

5              So everybody has been sworn?  Mr. De La

6     Cruz has also been sequestered, excluded?  All

7     right.

8              MR. PLOFCHAN:  I have a brief -- brief

9     opening and then, I don't know if opposing counsel

10    will as well.

11             THE COURT:  Sergeant, can I get, like, an

12    open -- it's a soda, sorry.  But there's a open

13    soda sitting in there.  If you could just bring

14    that, we'll start with that.  Okay.  Thank you.

15             You want a brief opening, is that what you

16    were saying?

17             MR. PLOFCHAN:  Yes, your Honor.

18             THE COURT:  Okay.  Go ahead.

19             MR. PLOFCHAN:  May it please the Court.

20    My name, again, is Tom Plofchan.  I'm here on

21    behalf of Mr. And Mrs. Hardenbergh and they are

22    seeking a hearing -- a protective order pursuant

1    to 19.2-152.10.  Pursuant to 19.2-152.10, A, this

2    hearing is actually being held pursuant to

3    subsection D of 19.2-152.9.

4            And they are seeking a protective order.

5    And as authorized by statute they're seeking a

6    protective order against Pam Hartnett to prohibit

7    her from acts of violence, force, or threat that

8    they believe will result in injury to their

9    persons or property.  And they're also seeking a

10   protective order prohibiting contacts by Ms.

11   Hartnett with them or -- with either them or their

12   household members as the Court deems necessary to

13   protect them for -- in terms of their health and

14   safety.

15           We're also asking for certain particular

16   conditions to effectuate that -- that protective

17   order, specifically the Van Harden -- or the

18   Hardenberghs are asking for that there be no

19   contact personally or through any media or other

20   agents.  And --

21           THE COURT:  Any media?

22           MR. PLOFCHAN:  -- the evidence is going to

1                 CERTIFICATE OF COURT REPORTER

2

3        I, Jesse Lyell, the officer before whom the

4    foregoing proceedings was taken, do hereby certify

5    that said proceedings were electronically recorded

6    by me; and that I am neither counsel for, related

7    to, nor employed by any of the parties to this

8    case and have no interest, financial or otherwise,

9    in its outcome.

10       IN WITNESS WHEREOF, I have hereunto set my hand

11   and affixed my notarial seal this 27th day of

12   January, 2023.

13

14

15   _____

16   Jesse Lyell, Digital Court Reporter

17

18

19

20

21

22

1                    CERTIFICATE OF TRANSCRIBER

2

3        I, Janice Willier, do hereby certify that the

4    foregoing transcript is a true and correct record

5    of the recorded proceedings; that said proceedings

6    were transcribed to the best of my ability from

7    the audio and supporting information; and that I

8    am neither counsel for, related to, nor employed

9    by any of the parties to this case and have no

10   interest, financial or otherwise, in its outcome.

11

12   *Janice Willier*

13   _____

14   Janice Willier

15   February 2, 2023

16

17

18

19

20

21

22