**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

PAMELA K. HARTNETT,
Plaintiff,

v. Civil Action No. 3:23-cv-00017

MARI HARDENBERGH, *et al.*,
Defendants.

**MOTION TO EXTEND DISCOVERY DEADLINES**

COMES NOW, Mari Hardenbergh ("Mrs. Hardenbergh"), by counsel, moves this Honorable Court to extend the time for the completion of discovery in this matter. A brief in support of this Motion is being filed herewith.

Respectfully submitted,
MARI HARDENBERGH
By Counsel

WESTLAKE LEGAL GROUP

*/s/ Thomas K. Plofchan, Jr.*
Thomas K. Plofchan, Jr., VSB No. 34536
46175 Westlake Drive, Suite 320
Potomac Falls, VA 20165
(703) 406-7616 – Telephone
(703) 444-9498 – Facsimile
Email: tplofchan@westlakelegal.com
*Counsel for Defendant Mari Hardenbergh*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August 2024, I served a copy of the foregoing upon the following via email to:

James B. Thorsen, Esq.
THORSENALLEN LLP
5413 Patterson Avenue, Suite 201
P.O. Box 17094

Richmond, Virginia 23226
Fax: 804-447-7813
Email: jthorsen@thorsenallen.com

Wyatt B. Durrette, Jr., Esquire (VSB No. 04719)
Kevin J. Funk, Esquire (VSB No. 65465)
Durrette, Arkema, Gerson & Gill PC
1111 East Main Street,16th Floor
Richmond, Virginia 23219
Tel: 804-775-6900
Fax: 804-775-6911
wdurrette@dagglaw.com
kfunk@dagglaw.com

*/s/ Thomas K. Plofchan, Jr.*
Thomas K. Plofchan, Jr.