**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

PAMELA K. HARTNETT,

Plaintiff,

v. Civil Action No. 3:23-cv-00017

MARI HARDENBERGH, *et al.*,

Defendants.

**DEFENDANT MARI HARDENBERGH'S BRIEF IN SUPPORT OF MOTION TO EXTEND DISCOVERY**

COMES NOW, Mari Hardenbergh ("Mrs. Hardenbergh"), by counsel, moves this Honorable Court to extend the time for the completion of discovery in this matter. In support thereof, Mrs. Hardenbergh states as follows:

This case has been pending for more than a year. Initial Rule 26 disclosures were made by the Plaintiff on June 9, 2023.

The Defendants Charles Van Hardenbergh and Mrs. Hardenbergh issued discovery to the Plaintiff. That discovery has resulted in several Motions to Compel. Most recently, on July 19, 2024, less than three weeks prior to the close of discovery, the Plaintiff provided her Fourth Supplemental Responses to discovery requests. Additionally on August 2, 2024, seven days prior to the close of discovery, Plaintiff produced her Fifth Supplemental Responses to interrogatories and requests for production.

In her Fourth Supplemental Responses, for the first time, the Plaintiff identified 15 police officers, detectives, sergeants and captains likely to have discovery and/or personal knowledge of their criminal investigation of the Hardenbergh's, the events of July 20-21, 2019, and incidents thereafter.

In addition, the Plaintiff identified, for the first time, Theresa Blakely, Belinda Astrup, Martin Astrup and Ken Pritchard as having information relating to this case.

For the first time, Plaintiff identified new individuals in response to the interrogatory asking her to identify all individuals with whom she has discussed this case in any way. This identification was provided several months after her deposition and less than three weeks prior to the close of discovery.

In response to the interrogatory asking her to identify any documents or electronically stored information or other tangible things to support her claims, Plaintiff identified, for the first time, 509 documents that have not been previously identified as being applicable or responsive to this request.

In addition, for the first time, less than three weeks prior to the close of discovery, Plaintiff identified Dr. Sakib Shaw, Emergency Room Physician at John Randolph Medical Center, who treated her injuries on July 27, 2019.

With regard to requests for the production of documents, on July 19, 2024, for the first time, Plaintiff identified three Facebook messenger documents that were not previously disclosed, as well as identifying 509 additional documents that had not been previously disclosed or identified (PH002563–3072).

For the first time, Plaintiff identified 84 documents responsive to the request to produce all reports, letters, and correspondence sent to, received from, or reviewed by all experts she may call at trial.

Additionally, for the first time, on July 19, 2024, Plaintiff identified 119 new medical records that had not been previously identified.

The failure to identify and provide this discovery prior to July 19, 2024 has prejudice Mrs. Hardenbergh in her preparation of her defense and left her without an adequate opportunity to interview witnesses, depose Plaintiff, or otherwise investigate these late provided material.

Further, as noted above, on August 2, 2024, seven days prior to the close of discovery, Plaintiff produced her Fifth Supplemental Responses to interrogatories and requests for production. Regarding this response, for the first time, in response to Mrs. Hardenbergh's requests that Plaintiff identify all damages claimed, including the types of damages, and itemization of their monetary value and supporting documents. Plaintiff identified 42 documents from Anthem and for the first time asserted new medical damages in the amount of $401,243.83

Mrs. Hardenbergh has not been able to examine these medical records or examine Plaintiff with respect to her assertion that these records are in relation to alleged damages from the incident complained of.

With respect to the request to produce all documents used to answer any interrogatory, Plaintiff, for the first time produced 81 documents that had not previously been produced (PH003073–3154).

The late production of these documents has denied Mrs. Hardenberg the opportunity to fully prepare and engage in discovery.

Mrs. Hardenbergh will make a Motion for Sanctions, as well as, other relief for the failure of Plaintiff to timely and properly provide answers to discovery requests. At a minimum, Mrs. Hardenbergh is asking this Court to extend the time for discovery, so that Mrs. Hardenbergh can fully examine this material and depose appropriate parties with respect to this material. In addition, Mrs. Hardenbergh anticipates that she will ask the court to extend the deadlines or the deadlines associated with motions for summary judgement given the late identification of this material.

Nothing about the late provided material as set for in the Fourth Supplemental and Fifth Supplemental Responses to discovery suggest that this material was newly discovered or was unavailable to Plaintiff at the time of her initial Rule 26 Disclosures, let alone at any time prior to Plaintiff's deposition or earlier than provided by Plaintiff.

WHEREFORE, Mrs. Hardenbergh moves this Honorable Court to extend the time for discovery, or in the alternative forbid Plaintiff from utilizing any of the material she provided in the Fourth and Fifth Supplemental Responses to discovery as being provided too late within the discovery timeframe to be of use to Mrs. Hardenbergh.

Respectfully submitted,
MARI HARDENBERGH
By Counsel

WESTLAKE LEGAL GROUP

*/s/ Thomas K. Plofchan, Jr*.
Thomas K. Plofchan, Jr., VSB No. 34536
46175 Westlake Drive, Suite 320
Potomac Falls, VA 20165
(703) 406-7616 – Telephone
(703) 444-9498 – Facsimile
Email: tplofchan@westlakelegal.com
*Counsel for Defendant Mari Hardenbergh*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August 2024, I served a copy of the foregoing upon the following via email to:

James B. Thorsen, Esq.
THORSENALLEN LLP
5413 Patterson Avenue, Suite 201
P.O. Box 17094
Richmond, Virginia 23226
Fax: 804-447-7813
Email: jthorsen@thorsenallen.com

Wyatt B. Durrette, Jr., Esquire (VSB No. 04719)
Kevin J. Funk, Esquire (VSB No. 65465)
Durrette, Arkema, Gerson & Gill PC
1111 East Main Street,16th Floor
Richmond, Virginia 23219
Tel: 804-775-6900
Fax: 804-775-6911
wdurrette@dagglaw.com
kfunk@dagglaw.com

*/s/ Thomas K. Plofchan, Jr.*
Thomas K. Plofchan, Jr.