**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

PAMELA K. HARTNETT,

Plaintiff,

v. Civil Action No. 3:23-cv-00017

MARI HARDENBERGH, *et al.*,

Defendants.

**MOTION TO COMPEL PRODUCTION OF MEDICAL RECORDS AND TO OVERRULE PAMELA K. HARTNETT'S MOTION TO QUASH**

COMES NOW the Defendant, Mari Hardenbergh, ("Mrs. Hardenbergh") by and through her counsel, and moves this Honorable Court to compel Dr. James E. Sellman ("Dr. Sellman") to produce, as requested by two subpoenas *duces tecum*, all the records of Pamela K. Hartnett ("Ms. Hartnett"); to deny Hartnett's Motion to Quash; to sanction Ms. Hartnett and Dr. Sellman by entering an order preventing Ms. Hartnett from using any of Dr. Sellman's records at trial; and to award Ms. Hardenbergh her costs and attorneys fees expended in bringing this motion. A brief in support of this Motion is being filed herewith.

Respectfully submitted,
MARI HARDENBERGH
By Counsel

WESTLAKE LEGAL GROUP

*/s/ Thomas K. Plofchan, Jr.*
Thomas K. Plofchan, Jr., VSB No. 34536
46175 Westlake Drive, Suite 320
Potomac Falls, VA 20165
(703) 406-7616 – Telephone
(703) 444-9498 – Facsimile
Email: tplofchan@westlakelegal.com
*Counsel for Defendant Mari Hardenbergh*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August 2024, I served a copy of the foregoing upon the following via email to:

James B. Thorsen, Esq.
THORSENALLEN LLP
5413 Patterson Avenue, Suite 201
P.O. Box 17094
Richmond, Virginia 23226
Fax: 804-447-7813
Email: jthorsen@thorsenallen.com

Wyatt B. Durrette, Jr., Esquire (VSB No. 04719)
Kevin J. Funk, Esquire (VSB No. 65465)
Durrette, Arkema, Gerson & Gill PC
1111 East Main Street,16th Floor
Richmond, Virginia 23219
Tel: 804-775-6900
Fax: 804-775-6911
wdurrette@dagglaw.com
kfunk@dagglaw.com

*/s/ Thomas K. Plofchan, Jr.*
Thomas K. Plofchan, Jr.