```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                         Richmond Division


 - - - - - - - - - - - - - - - -x
 PAMELA K. HARTNETT,             :
       Plaintiff,                :
    vs.                          : Civil Action
 CHARLES VANEVERA                : No.: 3:23-cv-17
 HARDENBERGH, et al.,            :
       Defendants.               :
 - - - - - - - - - - - - - - - -x


              Deposition of RICHARD K. NEWMAN
                     Richmond, Virginia
                   Tuesday, July 23, 2024
                         2:37 p.m.




 Pages:  1 - 32
 Reported by:  Sarah M. Bickel
```

EXHIBIT C

ORIGINAL

Chandler and Halasz Stenographic Reporters
(804) 730-1222


Chandler and Halasz Stenographic Reporters
(804) 730-1222

```
                                                          Page 2
 1              Deposition of RICHARD K. NEWMAN, held at
 2    the offices of:
 3
 4              THORSENALLEN, LLP
 5              5413 Patterson Avenue
 6              Suite 201
 7              Richmond, Virginia 23226
 8              (804) 447-7234
 9
10
11
12
13
14
15
16              Pursuant to agreement, before Sarah M.
17    Bickel, Court Reporter and Notary Public in and for
18    the Commonwealth of Virginia.
19
20
21
22
23
24
25
```

```
                                                         Page 3
 1                A P P E A R A N C E S
 2     ON BEHALF OF THE PLAINTIFF:
 3          JAMES B. THORSEN, ESQUIRE
 4          THORSENALLEN, LLP
 5          5413 Patterson Avenue
 6          Suite 201
 7          Richmond, Virginia 23226
 8          (804) 447-7234
 9          jthorsen@thorsenallen.com
10
11
12     ON BEHALF OF DEFENDANT CHARLES HARDENBERGH:
13          KEVIN J. FUNK, ESQUIRE
14          WYATT B. DURRETTE, JR., ESQUIRE
15          (Via Telephone)
16          DURRETTE, ARKEMA, GERSON & GILL, PC
17          1111 East Main Street
18          16th Floor
19          Richmond, Virginia 23219
20          (804) 775-6900
21          kfunk@dagglaw.com
22          wdurrette@dagglaw.com
23
24
25
```

```
                                                         Page 4
 1          A P P E A R A N C E S   C O N T I N U E D
 2      ON BEHALF OF RICHARD K. NEWMAN:
 3             WILLIAM G. SHIELDS, ESQUIRE
 4             THE SHIELDS LAW FIRM, PLLC
 5             11512 Allecingie Parkway
 6             Richmond, Virginia 23235
 7             (804) 594-3966
 8             bill.shields@theshieldslawfirm.com
 9
10
11
12      ALSO PRESENT:   Pamela Hartnett
13                      Charles Hardenbergh
14                      Mari Hardenbergh
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1                    C O N T E N T S
 2   EXAMINATION OF RICHARD K. NEWMAN                PAGE
 3       By Mr. Thorsen                                 7
 4       By Mr. Funk                                   28
 5
 6
 7
 8                    E X H I B I T S
 9              (Attached to the Transcript)
10   NEWMAN DEPOSITION                                PAGE
11   Exhibit 1     Notice of Deposition                 6
12   Exhibit 2     Photographs                         11
13   Exhibit 3     Order                               14
14   Exhibit 4     Order                               15
15   Exhibit 5     12/10/2021 E-mail                   31
16
17
18
19
20
21
22
23
24
25
```

Chandler and Halasz Stenographic Reporters
(804) 730-1222

Page 21

```
 1   said.  The Judge is talking about his knowledge of
 2   whether they took anger management courses or not,
 3   and you can ask him that question, which you haven't
 4   asked him.
 5              BY MR. THORSEN:
 6        Q    Did the defendants take anger management
 7   courses?
 8        A    As far as I know.
 9        Q    What proof do you have of that?
10        A    I have a copy of it.
11        Q    Copy of what?
12        A    Certificate of completion.
13        Q    And where did they -- were they courses
14   prescribed by court protective services or something
15   like that or what?
16        A    I don't recall what it was, but I did see
17   a certificate of completion for each one, for
18   Mr. and Mrs. Hardenbergh.
19        Q    And did you order the Hardenberghs to pay
20   the medical expenses of Mrs. Hartnett?
21             MR. SHIELDS:  I'm going to object.  That's
22   beyond the scope of what the judge ruled.  Besides,
23   you can find that from other sources.  Easy enough to
24   find out whether they paid it or not.
25             MR. THORSEN:  Well, I haven't been able to
```

Page 31

```
 1              MR. THORSEN:  I want to mark that as an
 2   exhibit.  That's that e-mail.
 3              MR. SHIELD:  All right.  That's 12/10/21.
 4              (Newman Exhibit 5 was marked for
 5   identification and attached to the deposition
 6   transcript.)
 7              MR. THORSEN:  All right.  Thank you.
 8
 9              (Signature having been waived, the
10   deposition of RICHARD K. NEWMAN concluded at
11   3:12 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                          Page 32
 1         CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
 2               I, Sarah Marie Bickel, Court Reporter and
 3    the officer before whom the foregoing proceedings
 4    were taken, do hereby certify that the foregoing
 5    transcript is a true and correct record of the
 6    proceedings; that said proceedings were taken by me
 7    stenographically and thereafter reduced to
 8    typewriting under my supervision; and that I am
 9    neither counsel for, related to, nor employed by any
10    of the parties to this case and have no interest,
11    financial or otherwise, in its outcome.
12               IN WITNESS WHEREOF, I have hereunto set my
13    hand and affixed my notarial seal this 7th day of
14    August, 2024.
15
16
17
18
19    My commission expires:
20    February 29, 2028
21
22    [signature: Sarah Marie Bickel]
23    NOTARY PUBLIC IN AND FOR THE
24    COMMONWEALTH OF VIRGINIA
25    REGISTRATION NUMBER 345553
```