IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

EXHIBIT D

- - - - - - - - - - - - - - - x

PAMELA K. HARTNETT, :

Plaintiff, :

vs. : Civil Action

CHARLES VANEVERA : No.: 3:23-cv-17

HARDENBERGH, et al., :

Defendants. :

- - - - - - - - - - - - - - - x

Videotaped Deposition of CHARLES VANEVERA HARDENBERGH

Richmond, Virginia

Tuesday, March 26, 2024

10:10 a.m.

COPY

Pages: 1 - 290

Reported by: Sarah M. Bickel

Chandler and Halasz Stenographic Reporters
(804) 730-1222

Videotaped deposition of CHARLES VANEVERA HARDENBERGH, held at the offices of:

THORSENALLEN, LLP
5413 Patterson Avenue
Suite 201
Richmond, Virginia 23226
(804) 447-7234

Pursuant to agreement, before Sarah M. Bickel, Court Reporter and Notary Public in and for the Commonwealth of Virginia.



Chandler and Halasz Stenographic Reporters
(804) 730-1222

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:

JAMES B. THORSEN, ESQUIRE
THORSENALLEN, LLP
5413 Patterson Avenue
Suite 201
Richmond, Virginia 23226
(804) 447-7234
jthorsen@thorsenallen.com

ON BEHALF OF DEFENDANT CHARLES HARDENBERGH:

WYATT B. DURRETTE, JR., ESQUIRE
DURRETTE, ARKEMA, GERSON & GILL, PC
1111 Wast Main Street
16th Floor
Richmond, Virginia 23219
(804) 775-6809
wdurrette@dagglaw.com

ALSO PRESENT: Ryan Heathcock, Videographer
Pamela Hartnett
Mari Hardenbergh



Chandler and Halasz Stenographic Reporters
(804) 730-1222

C O N T E N T S


| EXAMINATION OF CHARLES VANEVERA HARDENBERGH | PAGE |
|---|---|
| By Mr. Thorsen | 7 |


E X H I B I T S

(Attached to the Transcript)


| C. HARDENBERGH DEPOSITION | | PAGE |
|---|---|---|
| Exhibit 1A | Photograph | 104 |
| Exhibit 1B | Photograph | 104 |
| Exhibit 1C | Photograph | 104 |
| Exhibit 1D | Photograph | 104 |
| Exhibit 1E | Photograph | 104 |
| Exhibit 1F | Photograph | 104 |
| Exhibit 2 | Plaintiff's Fourth Notice to Take Depositions | 110 |
| Exhibit 3 | Screenshot of Post | 112 |
| Exhibit 4 | Arraigned Offenses | 116 |
| Exhibit 5 | First Amended Complaint | 123 |
| Exhibit 6 | Defendants' Amended Answer to First Amended Complaint to Include Counter-complaint for Malicious Prosecution | 124 |
| Exhibit 7 | Photograph | 132 |




Chandler and Halasz Stenographic Reporters
(804) 730-1222

E X H I B I T S   C O N T I N U E D

| C. HARDENBERGH DEPOSITION | | PAGE |
|---|---|---|
| Exhibit 8 | Criminal Complaint | 184 |
| Exhibit 9 | Indictments | 186 |
| Exhibit 10 | Portion of Transcript of Hearing | 190 |
| Exhibit 11A | Photograph | 249 |
| Exhibit 11B | Photograph | 249 |
| Exhibit 12 | 1/11/2022 Letter | 260 |
| Exhibit 13 | 1/24/2023 Letter with attached Memorandum | 272 |



Chandler and Halasz Stenographic Reporters
(804) 730-1222

classes?

A I would say no.

Q Okay. Do you recall paying DCJS in full as to all amounts that have been disbursed to Ms. Hartnett due to treatment received? Did you make any payment to DCJS, Department of Criminal Justice Services?

A I'm -- I'm not the one that made payment.

Q Who did? Anybody? You or your wife?

A I don't know who made the payment.

Q Was a payment made --

A To the best of my knowledge, it was, but I didn't actually see the payment made and I don't know whether that was done.

Q How much was the payment amount, do you know?

A Oh, I didn't see the check and couldn't say.

Q Do you agree that the criminal matters against you were nolle prosed on January 20- -- on January 6th, 2022?

A That's information, again, which is in expunged police or court records, and it would be a crime to disclose that.

Q All right. Well, it's an exhibit in

Q Why?

A 81 is a lucky number for Hells Angels.

Q Right. Eight represents the letter H in the alphabet and one represents A in the alphabet, Hells Angels, right?

A Correct.

MR. THORSEN: All right. That's all the questions I have.

MR. DURRETTE: Okay. I don't have any questions. We'll -- we'll read and sign. And we'll want -- assuming you're going to get the video? Are you going to get the video?

MR. THORSEN: I may.

MR. DURRETTE: Okay. If he orders the video, we'll order it, too.

THE VIDEOGRAPHER: Very well. If there are no more questions, this will conclude today's deposition as given by Mr. Charles Hardenbergh. The time is 6:38 p.m., Eastern, and we are now off the record.

(Whereupon, the videotaped deposition of CHARLES VANEVERA HARDENBERGH concluded at 6:38 p.m.)


Chandler and Halasz Stenographic Reporters
(804) 730-1222

CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

I, Sarah Marie Bickel, Court Reporter and the officer before whom the foregoing proceedings were taken, do hereby certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 15th day of April, 2024.

My commission expires:
February 29, 2028

______________________________

NOTARY PUBLIC IN AND FOR THE
COMMONWEALTH OF VIRGINIA
REGISTRATION NUMBER 345553



Chandler and Halasz Stenographic Reporters
(804) 730-1222