UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 East Broad Street, Suite 6312
RICHMOND, VIRGINIA 23219-3528

October 2, 2024

*Chambers of*
HENRY E. HUDSON
*United States District Judge*

(804) 916-2290

The Honorable C. Peter Tench
Designated Judge, Peterburg Circuit Court
7 Courthouse Avenue
Petersburg, Virginia 23803

The Honorable Maytee Romero de Parham
Clerk, Petersburg Circuit Court
7 Courthouse Avenue
Petersburg, Virginia 23803

Re: *Hartnett v. Hardenbergh, et al.*, Civil Case No. 3:23-cv-17–HEH

Dear Judge Tench and Clerk Parham:

I write to inform you that this Court has directed Pamela K. Hartnett ("Plaintiff") to file a petition with the Petersburg Circuit Court requesting that Charles Vanevera Hardenbergh's and Mari Liza Hardenbergh's (the "Defendants") relevant expunged records be unsealed for the purpose of the litigation in the case before this Court, Civil Action No. 3:23-cv-17–HEH. An Order from this Court directed that the petition be submitted to the Honorable C. Peter Tench, sitting by special designation and presiding over the state expungement action, and that the petition be served on Eric L. Olsen ("Olsen"), who was appointed as special prosecutor in the underlying state action. The Court's Order stated that such petition be filed within seven (7) days of the entry of that Order, which was entered on July 9, 2024. A copy of that Order and accompanying Memorandum Opinion are attached to this letter.

Plaintiff represented to this Court that she complied and filed the petition on July 16, 2024, and that Olsen was served on July 17, 2024. Plaintiff's counsel added that on September 3, 2024, Olsen stated that he would respond to the petition.

On September 12, 2024, this Court held a hearing on a number of pending motions in this case. During the hearing the Court discussed, *inter alia*, Plaintiff's expungement petition. The Court instructed Plaintiff's counsel to alert Olsen that he had seven (7) days from September 12, 2024, to respond to Plaintiff's petition. Following the hearing, on September 20, 2024, Plaintiff's counsel filed a "Notice of Non-Compliance" in which he informed the Court that Olsen has still not responded to the petition in the Petersburg Circuit Court. Furthermore, Olsen has not filed any status update, notice, or motion in this Court regarding the expungement petition.

I send all these details to each of you to help resolve Plaintiff's petition filed on July 16, 2024, and to review Olsen's response if he does file it. A jury trial for this case is scheduled to

begin on February 10, 2025. Your assistance in bringing finality to Plaintiff's petition would be greatly appreciated. If you have any questions, please call my chambers at 804-916-2290.

Sincerely,

Henry E. Hudson
Senior United States District Judge

Enclosures