CIVIL NON-JURY TRIAL OR MOTION HEARING      Date: February 26, 2025
MINUTE SHEET

| UNITED STATES DISTRICT COURT | Eastern District of Virginia - Richmond Division |
|---|---|
| *CASE TITLE*<br><br>**PAMELA K. HARTNETT**<br>    v.<br>**CHARLES VANEVERA HARDENBERGH, et al.** | *CASE NO*: 3:23CV00017-HEH<br><br>*JUDGE*: Hudson, SUSDJ<br><br>*COURT REPORTER*: Liscio, OCR |

MATTER ON FOR:    ( ) Bench Trial    (**X**) Motion Hearing    ( ) OTHER: _____

APPEARANCES:    Parties with/by counsel

### TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF PLAINTIFF(S) ( )   DEFENDANT(S) ( )   COURT ( )
OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____
REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )
FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )
MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )
COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $_____
COURT FOUND IN FAVOR OF DEFENDANTS ( ) _____
CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

### MOTION PROCEEDINGS

Matter came on for hearing on pretrial motions.
Motion to Strike Plaintiff's Expert Disclosure of Dr. Miller and Motion in Limine to Exclude Dr. Miller From Testifying at Trial, to Exclude Plaintiff's Medical Bills Related to Any Knee and/or Hip Injury and to Exclude Any Mention of Any Condition Treated by Dr. Miller [ECF 349].
Motion to Dismiss for Spoliation of Electronically Stored Information Pursuant to Rule 37(E) and Rule 41 [ECF 383].
Argument heard.
Matters taken under advisement by the Court; Memorandum Opinion to enter.

### APPEARANCES

| | |
|---|---|
| Plaintiff Pamela Hartnett | James B. Thorsen, Esq. |
| Defendant Charles Hardenbergh | Wyatt B. Durrette, Jr., Esq. |
| Defendants Mari Hardenbergh, et al. | Thomas K. Plofchan, Jr., Esq. |

SET  11:00 a.m.     BEGAN  11:05 a.m.     ENDED  12:50 p.m.     TIME IN COURT  1:45