IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAMELA K. HARTNETT,

    Plaintiff,

v.                                            Civil Action No. 3:23-cv-00017

CHARLES VANEVERA
   HARDENBERGH, *et al.*,

    Defendants.

## DEFENDANT CHARLES VANEVERA HARDENBERGH'S MOTION *IN LIMINE* (HELL'S ANGELS)

COMES NOW Defendant Charles Vanevera Hardenbergh, by counsel, and moves this Honorable Court *in limine* to exclude reference by parties or their counsel to Hell's Angels. A memorandum in support of this motion is being filed herewith.

Dated:  April 21, 2025                    Respectfully submitted,

                                                    Charles Vanevera Hardenbergh

                                                    By Counsel

                                                    */s/ Kevin J. Funk*
                                                    Wyatt B. Durrette, Jr., Esquire (VSB No. 04719)
                                                    Kevin J. Funk, Esquire (VSB No. 65465)
                                                    Durrette, Arkema, Gerson & Gill PC
                                                    1111 East Main Street, 16th Floor
                                                    Richmond, Virginia 23219
                                                    Tel:  (804) 775-6900
                                                    Fax:  (804) 775-6911
                                                    wdurrette@dagglaw.com
                                                    kfunk@dagglaw.com
                                                    *Counsel for Defendant Charles V. Hardenbergh*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of April, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                          */s/ Kevin J. Funk*
                                           Kevin J. Funk, Esquire (VSB No. 65465)
                                           Durrette, Arkema, Gerson & Gill PC
                                           1111 East Main Street, 16th Floor
                                           Richmond, Virginia 23219
                                           Tel: (804) 775-6900
                                           Fax: (804) 775-6911
                                           kfunk@dagglaw.com