IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAMELA K. HARTNETT,

    Plaintiff,

v.                                                                                      Civil Action No. 3:23-cv-00017

CHARLES VANEVERA
HARDENBERGH, *et al.*,

    Defendants.

**REPLY BRIEF IN SUPPORT OF DEFENDANTS
CHARLES V. HARDENBERGH'S AND CHARLES V. HARDENBERGH, PC's
RULE 59 MOTION TO ALTER OR AMEND THE JUDGMENT**

    Defendants Charles V. Hardenbergh and Charles V. Hardenbergh, PC, ("Movants"), by counsel, state the following as their Reply brief in support of their previously filed *Rule 59 Motion to Alter or Amend the Judgment* ("Motion") [ECF No. 570]:

**ARGUMENT**

    Contrary to Plaintiff's assertion, Movants do not suggest that the recent Virginia Court of Appeals decision in *Petrak v. Sawyers*, Record No. 0110-24-4, represents new law. *See Plaintiff's Response to Defendants' Rule 59 Motion and Brief in Support to Alter or Amend the Judgment* ("Response") [ECF No. 571], p. 4. *Petrak* was cited by Movants as an illustration of the rule enunciated in *Schaecher v. Bouffant*, 290 Va. 83 (2015). That rule renders the jury's verdict on the defamation count as to Movants a clear error, which is a basis for reconsideration under FRCP Rule 59(e).

    Plaintiff attempts to deflect the Court away from the substance of the Motion by citing to a list of "statements or facts of non-disclosure." Response, pp. 5-7. None of these items are

1

supported with citations to the record and, indeed, some could not be because they are not in the record. Some were precluded from being put into evidence by pretrial motions. However, even taken as true, they do not affect the substance of the Motion. The essence of the Motion is that: (1) Plaintiff alleged that Movants defamed her when they called her a liar; (2) the Court's rulings on certain pretrial motions properly placed the burden on Plaintiff to prove that she was not a liar; and (3) the jury's verdict on the assault and battery count showed that the jury believed she was, in fact, a liar as to that allegation[1]. The Final Order in this case [ECF No. 566] embodies that ruling.

Therefore, the jury's verdict holding Movants liable for defamation is in conflict with the jury's verdict holding Movants *not* liable for assault and battery. Such judgment should be altered or amended to conform with the evidence and findings of the jury. The Court properly placed the burden upon the Plaintiff to prove she was not a liar, and she failed in that endeavor. Plaintiff's Response does not address this resulting clear error of law or manifest injustice, and that is a basis for a Rule 59 Motion as Plaintiff points out. Response, p. 3 (*citing to Robinson v. Wix Filtration Corp., LLC*, 599 F.3d 403, 411 (4th Cir. 2010). Accordingly, the Motion should be granted.

## CONCLUSION

WHEREFORE, Movants move this Court to grant their Motion and enter an Order (i) vacating the judgment of defamation against them and striking all damages for these Counts; and (ii) for such other appropriate relief that this Court deems just.

---

[1] Plaintiff's suggestion, that the verdict on the trespass count supports the verdict on the defamation (Response, p. 8) is unpersuasive. Even if the jury believed she was truthful as to that allegation, the jury clearly believed she lied about the assault and battery and that alone is enough for the statement that she was a "liar" to be deemed truthful.

Dated:  November 11, 2025						Respectfully submitted,

   /s/   *Kevin J. Funk*
Kevin J. Funk, Esquire (VSB No. 65465)
Durrette, Arkema, Gerson & Gill PC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Tel:  (804) 775-6900
Fax:  (804) 775-6911
kfunk@dagglaw.com
*Counsel for Defendant Charles V. Hardenbergh*


   /s/   *Thomas K. Plofchan, Jr.*
Thomas K. Plofchan, Jr., Esquire (VSB No. 34536)
Jacqueline A. Kramer, Esquire (VSB No. 88877)
Westlake Legal Group
46175 Westlake Drive, Suite 320
Potomac Falls, Virginia 20165
Tel:  (703) 406-7616
Fax:  (703) 444-9498
tplofchan@westlakelegal.com
jkramer@westlakelegal.com
*Counsel for Defendant Mari Hardenbergh and Corporate Defendants*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 11th day of November, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                                     */s/ Kevin J. Funk*
                                              Kevin J. Funk, Esquire (VSB No. 65465)
                                              Durrette, Arkema, Gerson & Gill PC
                                              1111 East Main Street, 16th Floor
                                              Richmond, Virginia 23219
                                              Tel: (804) 775-6900
                                              Fax: (804) 775-6911
                                              kfunk@dagglaw.com